FILED
MAY 20 2013
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAN NGUYEN,<br><br>    Plaintiff,<br><br>  v.<br><br>RANDY TEWS, et al.,<br><br>    Defendants. | No. C 12-06126 EJD (PR)<br><br>ORDER OF DISMISSAL |

Plaintiff, a federal prisoner at the Federal Correctional Institution, filed a pro se civil rights complaint under 42 U.S.C. § 1983. On April 11, 2013, the Court denied Plaintiff's motion for leave to proceed in forma pauperis and directed her to pay the full filing fee within twenty-eight days of the order. (Docket No. 17.) Plaintiff was advised that failure to pay the filing fee in the time provided would result in the dismissal of this action without further notice to Plaintiff. (Id. at 2.) The deadline has since passed and Plaintiff has failed to comply.

Accordingly, this case is DISMISSED without prejudice for failure to pay the filing fee. The Clerk shall terminate any pending motions and close the file.

DATED: 5/16/13

EDWARD J. DAVILA
United States District Judge

Order of Dismissal
G:\PRO-SE\SJ.EJD\CR.12\06126Nguyen_dismissal.wpd

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

LAN THI TRAN NGUYEN,

        Plaintiff,

v.

RANDY TEWS, et al.,

        Defendants.

Case Number: CV12-06126 EJD

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on 5/20/13, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Lan Thi Tran Nguyen 33836-112
FEDERAL CORRECTIONAL INSTITUTION
Inmate Mail/Parcels
5701 8th Street Camp Parks
DUBLIN, CA 94568

Dated: 5/20/13

Richard W. Wieking, Clerk
By: Elizabeth Garcia, Deputy Clerk